

# NUMBER 13-14-00670-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

TEXAS MUNICIPAL LEAGUE
INTERGOVERNMENTAL RISK POOL,                          Appellant,

v.

LLOYD K. ALDRIDGE,                                         Appellee.

### On appeal from 23rd District Court
### of Wharton County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Memorandum Opinion Per Curiam

This case is before the Court on an agreed motion to set aside and remand. The parties have reached an agreement with regard to the disposition of the matters currently on appeal. Pursuant to agreement, the parties request this Court to set aside, without regard to the merits, the trial court's November 4, 2014 order denying a plea to the jurisdiction and remand this case to the trial court for rendition of judgment in accordance

with their agreement. We set aside the trial court's November 4, 2014 order denying the plea to the jurisdiction without reference to the merits, and REMAND this case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

In accordance with the agreement of the parties, costs are taxed against the party incurring same.

PER CURIAM

Delivered and filed this the
12th day of February, 2015.